O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMITA JO WARD,<br><br>        Petitioner,<br>   v.<br><br>ARTHUR JACOBY,<br>Probation Officer,<br><br>        Respondent. | Case No. EDCV 12-00217-JST (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///

///

///

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 15, 2013

JOSEPHINE STATON TUCKER
HONORABLE JOSEPHINE STATON TUCKER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge