JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMITA JO WARD,<br><br>                Petitioner,<br>    v.<br><br>ARTHUR JACOBY,<br>Probation Officer,<br><br>                Respondent. | Case No. EDCV 12-00217-JST (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 15, 2013      JOSEPHINE STATON TUCKER
                                            HONORABLE JOSEPHINE STATON TUCKER
                                            United States District Judge

Prepared by:

_/s/ Oswald Parada_
HONORABLE OSWALD PARADA
United States Magistrate Judge